UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMARLON PIERRE #408823,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-01499<br>SEC P |
| VERSUS | JUDGE DRELL |
| DARRYL VANNOY,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is hereby DENIED and DISMISSED with prejudice.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 31st day of August 2021.

DEE. D. DRELL, JUDGE
UNITED STATES DISTRICT COURT